UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80582-CIV-COHN
05-80133-CR-COHN

ANTHONY DIGGS,

Magistrate Judge Seltzer

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER STAYING ACTION UNTIL APPELLATE COURT RULING

**THIS CAUSE** is before the Court upon the Calendar Call held today in the criminal case against Movant Anthony Diggs and the Government's Motion for Reconsideration [DE 54] in this case.

Pursuant to an agreement between the parties, the Court will stay consideration of the Government's Motion for Reconsideration until the United States Court of Appeals for the Eleventh Circuit issues its opinion in the case of United States v. Christopher C. Hayes, presently scheduled for oral argument on August 17, 2010.[1] The issue on appeal in that decision is whether the Florida crime of resisting arrest with violence is considered a "violent felony," the exact issue raised in the Motion for Reconsideration.

Accordingly, it is **ORDERED AND ADJUDGED** that a decision by this Court on the Government's Motion for Reconsideration [DE 54] is **STAYED** until the Court of Appeals issues its opinion in United States v. Christopher C. Hayes. Movant need not

---

[1] Circuit Court case number 09-12024; District Court case number 08-cr-80113.

file its response to the Motion for Reconsideration until further order of this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of July, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:

Patrick Hunt, AFPD
William T. Zloch, AUSA